# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                    CASE NO. 6:25-cr-10058-JWB

**ABDOULAYE DIAKITE,**

        **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**WILLFUL FAILURE OR REFUSAL TO DEPART**
**[8 U.S.C. § 1253]**

On or about April 12, 2025, in the District of Kansas, the defendant,

**ABDOULAYE DIAKITE,**

an alien against whom a final order of removal was outstanding by reason of his being a member of the class described in 8 U.S.C. § 1227(a)(1)(A), did willfully connive and take actions designed to prevent and hamper his departure.

In violation of Title 8, United States Code, Section 1253(a)(1)(C).

A TRUE BILL.

May 13, 2025                           s/Foreperson
DATE                                   FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Larry W. Fadler
Larry W. Fadler
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: larry.fadler@usdoj.gov
Ks. S. Ct. No. 30243

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

### **Count One:  8 U.S.C. § 1253**

- Punishable by a term of imprisonment of no more than four (4) years.  8 U.S.C. § 1253.

- A term of supervised release of no more than one (1) year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).