IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 25-10058-JWB |
| ABDOULAYE DIAKITE, | |
| Defendant. | |

## MOTION TO DISMISS

The United States of America, by and through Assistant U.S. Attorney Larry W. Fadler, and pursuant to Federal Rules of Criminal Procedure 48(a), hereby moves the Court to dismiss the defendant in the above-captioned case without prejudice as the defendant will be deported from the United States and is unavailable for prosecution, and dismissal without prejudice is in the interests of justice.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/ Larry W. Fadler
LARRY W. FADLER
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
K.S.Ct.No. 30243
E-mail: larry.fadler@usdoj.gov

# **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                      s/ Larry W. Fadler
                                      LARRY W. FADLER
                                      Assistant United States Attorney